**Fill in this information to identify the case**

United States Bankruptcy Court for the:

_____ District of  Delaware
                         (State)

Case number (*If known*): _____    Chapter  11

☐  Check if this is
an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case   number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Southeastern Grocers, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** | See Schedule 1 |
| | Include any assumed names,  trade names, and *doing business  as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 27-1845190 |

**4.  Debtor's address**

| Principal place of business | | | Mailing address, if different from principal place  of business | | |
|---|---|---|---|---|---|
| 8928 | Prominence Parkway | | | | |
| Number | Street | | Number | Street | |
| Suite 200 | | | | | |
| | | | P.O. Box | | |
| Jacksonville | Florida | 32256 | | | |
| City | State | ZIP Code | City | State | ZIP Code |

Location of principal assets, if different from principal place of business

| Duval County | | | | | |
|---|---|---|---|---|---|
| County | | | Number | Street | |
| | | | City | State | ZIP Code |

**5.  Debtor's website** (URL)        www.segrocers.com

**6.  Type of debtor**

☒  Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐  Partnership (excluding LLP)
☐  Other.  Specify: _____

Debtor    Southeastern Grocers, LLC                                          Case number (if known) _____
          Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax- entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

**4451 – Grocery Stores**

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement  of operations, cash-flow statement, and federal income tax return or if all of these  documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ A plan is being filed with this petition.

☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the  Securities and Exchange Commission according to § 13 or 15(d) of the Securities  Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing  for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule  12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes    District _____  When _____  Case number _____
                                    MM/ DD/ YYYY
         District _____  When _____  Case number _____
                                    MM/ DD/ YYYY

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes    Debtor    See attached Schedule 2           Relationship _____
         District    District of Delaware            When    March 27, 2018
         Case number, if known _____                 MM / DD/ YYYY

WEIL:\96472134\1\75197.0003

Debtor    Southeastern Grocers, LLC
          Name                                                    Case number (if known) _____

**11. Why is the case filed in this district?**

*Check all that apply:*

☒  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒  No

☐  Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐  It needs to be physically secured or protected from the weather.

☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐  Other _____

**Where is the property?**  _____
                            Number          Street

                            _____
                            City                    State        ZIP Code

**Is the property insured?**

☐  No

☐  Yes. Insurance agency  _____

            Contact Name  _____

            Phone  _____

---

## ▇ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

(on a consolidated basis)

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☒ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

(on a consolidated basis)

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☒ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

(on a consolidated basis)

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☒ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

WEIL:\96472134\1\75197.0003

Debtor      Southeastern Grocers, LLC
Name

Case number (if known)

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 27, 2018
MM/ DD /YYYY

✗ /s/ Brian P. Carney                          Brian P. Carney
Signature of authorized representative of      Printed name
debtor

Chief Financial Officer and Executive Vice President
Title

---

**18. Signature of attorney**

✗ /s/ Daniel J. DeFranceschi                   Date   March 27, 2018
Signature of attorney for debtor               MM / DD / YYYY

Daniel J. DeFranceschi                         Ray C. Schrock, P.C.
Printed Name

Richards, Layton & Finger, P.A.                Weil, Gotshal & Manges LLP
Firm Name

One Rodney Square, 920 North King Street       767 Fifth Avenue
Number         Street

Wilmington, Delaware 19801                     New York, New York 10153
City/State/Zip

(302) 651-7700                                 (212) 310-8000
Contact phone

defranceschi@rlf.com                           ray.schrock@weil.com
Contact email address

2732           Delaware
Bar Number     State

---

WEIL:\96472134\1\75197.0003

## Schedule 1

| **All Other Names Debtors Used in the Last 8 Years** |
| --- |
| BI-LO |
| BI-LO Holdings |
| Dixie Spirits |
| Fresco y Más |
| Harveys Supermarkets |
| Pathstone |
| Reid's Market |
| Southeastern Grocers |
| Winn-Dixie |

## Schedule 2

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware. The debtors have filed a motion requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered under the number assigned to the chapter 11 case of **Southeastern Grocers, LLC**.

| COMPANY | CASE NUMBER | DATE FILED | DISTRICT |
|---|---|---|---|
| Southeastern Grocers, LLC | 18-_____( ) | March 27, 2018 | Delaware |
| ARP Ballentine LLC | 18-_____( ) | March 27, 2018 | Delaware |
| ARP Chickamauga LLC | 18-_____( ) | March 27, 2018 | Delaware |
| ARP Hartsville LLC | 18-_____( ) | March 27, 2018 | Delaware |
| ARP James Island LLC | 18-_____( ) | March 27, 2018 | Delaware |
| ARP Moonville LLC | 18-_____( ) | March 27, 2018 | Delaware |
| ARP Morganton LLC | 18-_____( ) | March 27, 2018 | Delaware |
| ARP Winston Salem LLC | 18-_____( ) | March 27, 2018 | Delaware |
| BI-LO Finance Corp. | 18-_____( ) | March 27, 2018 | Delaware |
| BI-LO Holding Finance, Inc. | 18-_____( ) | March 27, 2018 | Delaware |
| BI-LO Holding Finance, LLC | 18-_____( ) | March 27, 2018 | Delaware |
| BI-LO Holding, LLC | 18-_____( ) | March 27, 2018 | Delaware |
| BI-LO, LLC | 18-_____( ) | March 27, 2018 | Delaware |
| Dixie Spirits Florida, LLC | 18-_____( ) | March 27, 2018 | Delaware |
| Dixie Spirits, Inc. | 18-_____( ) | March 27, 2018 | Delaware |
| Opal Holdings, LLC | 18-_____( ) | March 27, 2018 | Delaware |
| Samson Merger Sub, LLC | 18-_____( ) | March 27, 2018 | Delaware |
| Winn-Dixie Logistics, LLC | 18-_____( ) | March 27, 2018 | Delaware |
| Winn-Dixie Montgomery Leasing, LLC | 18-_____( ) | March 27, 2018 | Delaware |
| Winn-Dixie Montgomery, LLC | 18-_____( ) | March 27, 2018 | Delaware |
| Winn-Dixie Properties, LLC | 18-_____( ) | March 27, 2018 | Delaware |
| Winn-Dixie Raleigh Leasing, LLC | 18-_____( ) | March 27, 2018 | Delaware |
| Winn-Dixie Raleigh, LLC | 18-_____( ) | March 27, 2018 | Delaware |
| Winn-Dixie Stores, Inc. | 18-_____( ) | March 27, 2018 | Delaware |
| Winn-Dixie Stores Leasing, LLC | 18-_____( ) | March 27, 2018 | Delaware |
| Winn-Dixie Supermarkets, Inc. | 18-_____( ) | March 27, 2018 | Delaware |
| Winn-Dixie Warehouse Leasing, LLC | 18-_____( ) | March 27, 2018 | Delaware |

**ACTION BY**
**WRITTEN CONSENT OF**
**THE GOVERNING BODIES OF**

| | |
|---|---|
| **SOUTHEASTERN GROCERS, LLC** | **OPAL HOLDINGS, LLC** |
| **BI-LO HOLDING FINANCE, LLC** | **WINN-DIXIE STORES, INC.** |
| **BI-LO HOLDING FINANCE, INC.** | **DIXIE SPIRITS, INC.** |
| **BI-LO HOLDING, LLC** | **WINN-DIXIE LOGISTICS, LLC** |
| **BI-LO, LLC** | **WINN-DIXIE WAREHOUSE LEASING, LLC** |
| **BI-LO FINANCE CORP.** | **WINN-DIXIE MONTGOMERY, LLC** |
| **SAMSON MERGER SUB, LLC** | **WINN-DIXIE MONTGOMERY LEASING, LLC** |
| **ARP BALLENTINE LLC** | **WINN-DIXIE PROPERTIES, LLC** |
| **ARP JAMES ISLAND LLC** | **DIXIE SPIRITS FLORIDA, LLC** |
| **ARP MOONVILLE LLC** | **WINN-DIXIE RALEIGH, LLC** |
| **ARP MORGANTON LLC** | **WINN-DIXIE RALEIGH LEASING, LLC** |
| **ARP CHICKAMAUGA LLC** | **WINN-DIXIE STORES LEASING, LLC** |
| **ARP HARTSVILLE LLC** | **WINN-DIXIE SUPERMARKETS, INC.** |
| **ARP WINSTON SALEM LLC** | |

March 26, 2018

The required members of the board of managers, board of directors, the sole member, the managing member, the sole manager or the sole general partner, as the case may be (as applicable, the "**Governing Body**"), of each of the entities referenced above (each, a "**Company**," and collectively, the "**Companies**"), do hereby consent to, adopt, and approve, by written consent in accordance with, as applicable, Section 141(f) of the Delaware General Corporation Law, Section 18-302(d) of the Delaware Limited Liability Company Act, Section 17-405(d) of the Delaware Revised Uniform Limited Partnership Act, Section 607.0704 of the Florida Business Corporation Act, and Sections 605.0407 and 605.04073 of the Florida Revised Limited Liability Company Act, the following resolutions and each and every action effected thereby:

**WHEREAS**, the Governing Body of each Company has reviewed and had the opportunity to ask questions about the materials presented by the management and the legal and financial advisors of the Companies regarding the liabilities and liquidity of the Companies, the strategic alternatives available to them and the impact of the foregoing on the Companies' businesses;

**WHEREAS**, the Governing Body of each Company has had the opportunity to consult with the management and the legal and financial advisors of such Company to fully consider each of the strategic alternatives available to such Company; and

**WHEREAS**, each Governing Body believes that taking the actions set forth below are in the best interests of each applicable Company and, therefore, desires to approve the following resolutions.

## I.    Commencement of Chapter 11 Case

NOW, THEREFORE, BE IT RESOLVED, that each Governing Body of each Company has determined, after due consultation with the management and the legal and financial advisors of the applicable Company, that it is desirable and in the best interests of such Company, its creditors, and other parties in interest that a petition be filed by such Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"); and be it

FURTHER RESOLVED, that any manager, member, officer or director of such Company (each, an "**Authorized Officer**"), in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed to execute and file in the name and on behalf of such Company, and under its corporate seal or otherwise, all petitions, schedules, motions, lists, applications, pleadings, and other documents in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers and other professionals, and to take and perform any and all further acts and deeds which such Authorized Officer, who may act without the joinder of any other Authorized Officer, deems necessary, proper, or desirable in connection with such Company's chapter 11 case (collectively, the "**Chapter 11 Cases**"), including, without limitation, negotiating, executing, delivering, and performing any and all documents, agreements, certificates, and/or instruments in connection with the transactions and professional retentions set forth in this resolution, with a view to the successful prosecution of such Chapter 11 Case; and be it

## II.    Retention of Advisors

FURTHER RESOLVED, that the law firm of Weil, Gotshal & Manges LLP, located at 767 Fifth Avenue, New York, NY 10153, is hereby retained as attorneys for the Companies in their Chapter 11 Cases, subject to Bankruptcy Court approval; and be it

FURTHER RESOLVED, that the law firm of Richards, Layton & Finger, P.A. located at One Rodney Square, 920 N. King Street, Wilmington, DE 19801, is hereby retained as attorneys for the Companies in their Chapter 11 Cases, subject to Bankruptcy Court approval; and be it

FURTHER RESOLVED, that Evercore Group L.L.C., located at 55 East 52nd Street, New York, NY 10055, is hereby retained as investment banker for the Companies in their Chapter 11 Cases, subject to Bankruptcy Court approval; and be it

FURTHER RESOLVED, that FTI Consulting, located at 227 West Monroe Street, Suite 900, Chicago, IL 60606, is hereby retained as financial advisor to the Companies in their Chapter 11 Cases, subject to Bankruptcy Court approval; and be it

FURTHER RESOLVED, that Prime Clerk LLC, located at 830 Third Avenue, 9th Floor, New York, NY 10022, is hereby retained as claims, noticing and solicitation agent for the Companies in their Chapter 11 Cases, subject to Bankruptcy Court approval; and be it

### III.    General Authorization and Ratification

      **FURTHER RESOLVED**, that any Authorized Officer, who may act without the joinder of any other Authorized Officer, is hereby authorized, empowered, and directed, in the name and on behalf of each applicable Company, to cause such Company to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions that in the judgment of any Authorized Officer, who may act without the joinder of any other Authorized Officer, shall be or become necessary, proper, or desirable in connection with the Chapter 11 Cases; and be it

      **FURTHER RESOLVED**, that any and all past actions heretofore taken by any Authorized Officer in the name and on behalf of the applicable Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects as the acts and deeds of such Company.

      This consent may be executed in two or more counterparts, each of which shall constitute an original, and all of which shall constitute one and the same instrument. The secretary of each Company is authorized to place a copy of this consent in the official records of such Company to document the actions set forth herein as actions taken by the Governing Body of such Company.

      *[Remainder of page intentionally left blank.  Signature pages follow.]*

**IN WITNESS WHEREOF**, the undersigned, being all of the members of board of managers of SOUTHEASTERN GROCERS, LLC, have executed this unanimous written consent as of the date set forth above.

_____
Name: Chip Cammerer

_____
Name: Kyle Volluz

_____
Name: Neal Goldman

**IN WITNESS WHEREOF**, the undersigned, being all of the members of board of managers of SOUTHEASTERN GROCERS, LLC, have executed this unanimous written consent as of the date set forth above.

_____
Name: Chip Cammerer

_____
Name: Kyle Volluz

_____
Name: Neal Goldman

**IN WITNESS WHEREOF**, the undersigned, being all of the members of board of managers of SOUTHEASTERN GROCERS, LLC, have executed this unanimous written consent as of the date set forth above.

_____

Name: Chip Cammerer

_____

Name: Kyle Volluz

_____

Name: Neal Goldman

**IN WITNESS WHEREOF**, the undersigned, being the sole member or shareholder of BI-LO HOLDING FINANCE, LLC ("**Holdings**"); and through Holdings, being the sole member or shareholder of BI-LO HOLDING, LLC and BI-LO HOLDING FINANCE, INC., has executed this written consent as of the date first set forth above.

**SOUTHEASTERN GROCERS, LLC**

By:_____

Name: Brian P. Carney

Title:   Chief Financial Officer and Executive Vice
President

WEIL:\96492732\1\75197.0003

**IN WITNESS WHEREOF**, the undersigned, being the sole member or shareholder of BI-LO, LLC, has executed this written consent as of the date first set forth above.

**BI-LO HOLDING, LLC**

By: _____
Name: Brian P. Carney
Title:   Chief Financial Officer and Executive Vice
President

6

**IN WITNESS WHEREOF**, the undersigned, being the sole member or shareholder of BI-LO FINANCE CORP., SAMSON MERGER SUB, LLC, ARP BALLENTINE LLC, ARP JAMES ISLAND LLC, ARP MOONVILLE LLC, ARP MORGANTON LLC, ARP CHICKAMAUGA LLC, ARP HARTSVILLE LLC, ARP WINSTON SALEM LLC, and OPAL HOLDINGS, LLC, has executed this written consent as of the date first set forth above.

**BI-LO, LLC**

By: _____

Name: Brian P. Carney

Title:   Chief Financial Officer and Executive Vice
President

7

**IN WITNESS WHEREOF**, the undersigned, being the sole and managing member of WINN-DIXIE STORES, INC. ("**Winn-Dixie**"); and through Winn-Dixie, being the sole member or shareholder of DIXIE SPIRITS, INC., WINN-DIXIE LOGISTICS, LLC, WINN-DIXIE MONTGOMERY, LLC, WINN-DIXIE PROPERTIES, LLC, WINN-DIXIE RALEIGH, LLC, WINN-DIXIE STORES LEASING, LLC, AND WINN-DIXIE SUPERMARKETS, INC. (collectively, the "**Winn-Dixie Subsidiaries**"); and through the Winn-Dixie subsidiaries, being the sole member or shareholder of WINN-DIXIE WAREHOUSE LEASING, LLC, WINN-DIXIE MONTGOMERY LEASING, LLC, DIXIE SPIRITS FLORIDA, LLC, and WINN-DIXIE RALEIGH LEASING, LLC, has executed this written consent as of the date first set forth above.

**OPAL HOLDINGS, LLC**

By: _____
Name: Brian P. Carney
Title:   Chief Financial Officer and Executive Vice
          President

WEIL:\96492732\1\75197.0003

**Fill in this information to identify the case:**

Debtor name: Southeastern Grocers, LLC

United States Bankruptcy Court  for the: _____ District of Delaware
(State)

Case number (*If known*): _____

☐  Check if this is an
amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured  claim |
| 1 | Wells Fargo & Company Attn.: Barry Somrock, VP, CTS Account Manager 600 S. 4th Street, 6th Floor Minneapolis, MN 55415 | Attn.: Barry Somrock, VP, CTS Account Manager 600 S. 4th Street, 6th Floor Minneapolis, MN 55415 Phone: (612) 667-8485 Fax:  (612) 667-9825 Email: barry.d.somrock@wellsfargo.com | Unsecured Notes | | | | $521,999,409.99 |
| 2 | C&S Wholesale Grocers Attn.:  Rick Rost, VP Acct. Mgr. 7 Corporate Drive Keene, NH 03431 | Attn.: Rick Rost, VP Acct. Mgr. 7 Corporate Drive Keene, NH 03431 Phone: (860) 885-9573 Email: rrost@cswg.com | Trade Claim | | | | $109,118,926.96 |
| 3 | Cardinal Health Attn.: Michael C. Kaufmann 7000 Cardinal Place Dublin, OH 43017 | Attn.: Michael C. Kaufmann 7000 Cardinal Place Dublin, OH 43017 Phone: (614) 757-5000 Email: mike.kaufmann@cardinalhealth.com | Trade Claim | | | | $50,521,897.00 |
| 4 | Coca-Cola Beverages of Florida LLC Attn.:  John Garris 10117 Princess Palm Avenue, Suite 100 Tampa, FL 33610 | Attn.: John Garris 10117 Princess Palm Avenue, Suite 100 Tampa, FL 33610 Phone: (904) 673-9685 Email: jgarris@cocacolaflorida.com | Trade Claim | | | | $5,511,591.33 |
| 5 | Pepsi-Cola Attn.: Jody Palmer 700 Anderson Hill Road Purchase, NY 10577 | Attn.: Jody Palmer 700 Anderson Hill Road Purchase, NY 10577 Phone: (803)-360-7661 Fax: (914) 253-2070 Email: jody.palmer@pepsico.com | Trade Claim | | | | $5,243,550.65 |

WEIL:\96472134\1\75197.0003

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured  claim |
| 6   Mondelez Global LLC Attn: Cass Black 100 Deforest Avenue East Hanover, NJ 07936 | Attn.: Cass Black 100 Deforest Avenue East Hanover, NJ 07936 Phone: (862) 251-2708 Email: cass.black@mdlz.com | Trade Claim | | | | $5,110,116.88 |
| 7   United Natural Food Inc. Attn: Craig Terry 313 Iron Horse Way Providence, RI 02908 | Attn.: Craig Terry 313 Iron Horse Way Providence, RI 02908 Phone: (850) 304-1056 Email: crterry@unfi.com | Trade Claim | | | | $4,559.100.09 |
| 8   Frito Lay Inc. Attn: Sharonda Younger 998 N John Young Avenue Orlando, FL 32804 | Attn.: Sharonda Younger 998 N John Young Avenue Orlando, FL 32804 Phone: (404) 497-8423 Email: sharonda.l.younger@pepsico.com | Trade Claim | | | | $4,206,921.76 |
| 9   Coca Cola Bottling Co. Attn: Erica Warren 4600 East Lake Boulevard Birmingham, AL 35217 | Attn.: Erica Warren 4600 East Lake Boulevard Birmingham, AL 35217 Phone: (706) 580-7630 Fax: (218) 283-4931 Email: erica.warren@ccbcc.com | Trade Claim | | | | $4,130,641.10 |
| 10   City Facilities Management (FL) LLC Attn: Tracey Hulsey 8211 Cypress Plaza Drive Jacksonville, FL 32256 | Attn.: Tracey Hulsey 8211 Cypress Plaza Drive Jacksonville, FL 32256 Phone: (904) 512-3981 Email: tracey.hulsey@crhus.com | Trade Claim | | | | $3,495,021.98 |
| 11   NSA Media Group Inc. Attn: Katie Kizz-Zurad 3025 Highland Parkway, Suite 70 Downers Grove, IL 60515 | Attn.: Katie Kizz-Zurad 3025 Highland Parkway, Suite 70 Downers Grove, IL 60515 Phone: (630) 729-7557 Fax: (630) 241-7223 Email: kathryn.kiss@nsamedia.com | Trade Claim | | | | $2,855,914.36 |
| 12   Flowers Baking Co. Attn: Robert Meadows 1919 Flowers Circle Thomasville, GA 31757 | Attn.: Robert Meadows 1919 Flowers Circle Thomasville, GA 31757 Phone: (904) 254-9274 Fax: (334) 749-0835 Email: robert.meadows@flocorp.com | Trade Claim | | | | $2,276,083.56 |
| 13   Seven Up Snapple Southeast Attn: Bob McDonald 5301 Legacy Drive Plano, TX 75024 | Attn.: Bob McDonald 5301 Legacy Drive Plano, TX 75024 Phone: (904) 759-7683 Email: bob.mcdonald@dpsg.com | Trade Claim | | | | $2,131,938.91 |
| 14   Crossmark Retail Services Attn: Alex Yakulis 5100 Legacy Drive Plano, TX 75024 | Attn.: Alex Yakulis 5100 Legacy Drive Plano, TX 75024 Phone: (469) 814-1434 Email: alex.yakulis@crossmark.com | Trade Claim | | | | $1,989,802.24 |
| 15   Hussmann Services Corporation Attn: Walter Johnson 3004 Spring Industrial Dr., Suite C Powder Springs, GA 30127 | Attn.: Walter Johnson 3004 Spring Industrial Dr., Suite C Powder Springs, GA 30127 Phone: (678) 699-1427 Email: walter.johnson@hussmann.com | Trade Claim | | | | $1,477,583.98 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 16 | McKee Foods Corporation<br>Attn: Julie Whit<br>10260 McKee Road<br>Collegedale, TN 37315 | Attn.: Julie Whit<br>10260 McKee Road<br>Collegedale, TN 37315<br>Phone: (423) 290-7975<br>Email: julie.witt@mckee.com | Trade Claim | | | | $1,001,865.05 |
| 17 | S L Distribution Company Inc.<br>Attn: Wade Batten<br>3105 Sweetwater Rd., #300-F<br>Lawrenceville, GA 30040 | Attn.: Wade Batten<br>3105 Sweetwater Rd., #300-F<br>Lawrenceville, GA 30040<br>Phone: (470) 273-3194<br>Email: wbatten@snyderslance.com | Trade Claim | | | | $967,872.46 |
| 18 | Gourmet Foods International<br>Attn: Matt Curl<br>255 Ted Turner Drive SW<br>Atlanta, GA 30303 | Attn.: Matt Curl<br>255 Ted Turner Drive SW<br>Atlanta, GA 30303<br>Phone: (770) 329-9476<br>Email: mcurl@gfifoods.com | Trade Claim | | | | $907,327.07 |
| 19 | Pepperidge Farm Inc.<br>Attn: John Tebbetts<br>6270 Windjammer Pt<br>Cummings, GA 30041 | Attn.: John Tebbetts<br>6270 Windjammer Pt<br>Cummings, GA 30041<br>Phone: (770) 331-1598<br>Email:<br>john_tebbetts@campbellussales.com | Trade Claim | | | | $883,622.18 |
| 20 | Schwan's Sales Enterprises<br>Attn: Ron Slominski<br>115 West College Drive<br>Marshall, MN 56258-1747 | Attn.: Ron Slominski<br>115 West College Drive<br>Marshall, MN 56258-1747<br>Phone: (952) 841-4187 Ext. 64187<br>Email: ron.slominski@schwans.com | Trade Claim | | | | $832,562.80 |
| 21 | Bimbo Foods Inc.<br>Attn: Mark Berardo<br>255 Business Center Drive<br>Horsham, PA 19044 | Attn.: Mark Berardo<br>255 Business Center Drive<br>Horsham, PA 19044<br>Phone: (407) 619-9730<br>Email: mberardo@bbumail.com | Trade Claim | | | | $810,164.57 |
| 22 | Lami Products Company/Jacent Retail<br>Attn: Ken Kniffin, VP New Business Development<br>860 Welsh Road<br>Huntingdon Valley, PA 19006 | Attn.: Ken Kniffin, VP New Business Development<br>860 Welsh Road<br>Huntingdon Valley, PA 19006<br>Phone: (800) 287-1604 Ext. 588<br>Email: kenkniffen@jacentretail.com | Trade Claim | | | | $759,743.28 |
| 23 | Martin's Famous Bakery<br>Attn: Kevin Thibodeau<br>1000 Potato Roll Lane<br>Chambersburg, PA 17202-8897 | Attn.: Kevin Thibodeau<br>1000 Potato Roll Lane<br>Chambersburg, PA 17202-8897<br>Phone: (321) 213-1006<br>Email: kthibodeau@potatorolls.com | Trade Claim | | | | $668,964.22 |
| 24 | Mylan Pharmaceuticals Inc.<br>Attn: Sean Reilly<br>781 Chestnut Ridge Rd<br>Morgantown, WV 26505 | Attn.: Sean Reilly<br>781 Chestnut Ridge Rd<br>Morgantown, WV 26505<br>Phone: (781) 552-9678<br>Email: sean.reilly@mylanlabs.com | Trade Claim | | | | $636,757.71 |
| 25 | Tax Collector of JEA<br>Attn: Melissa Dykes, CFO<br>21 W. Church Street<br>Jacksonville, FL 32202-3155 | Attn.: Melissa Dykes, CFO<br>21 W. Church Street<br>Jacksonville, FL 32202-3155<br>Phone: (904) 665-6000<br>Email: dykemh@jea.com | Trade Claim | | | | $610,399.09 |

Official Form 204                    **List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders**                    Page 3

WEIL:\96472134\1\75197.0003

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 26 Restaurant Technologies Inc. Attn: Michelle Nicholson 2250 Pilot Knob Road, Suite 100 Mendota Heights, MN 55120 | Attn.: Michelle Nicholson 2250 Pilot Knob Road, Suite 100 Mendota Heights, MN 55120 Phone: (513) 252-9518 Email: mnichilson@rti-inc.com | Trade Claim | | | | $609,830.13 |
| 27 Waste Harmonics, Inc. Attn: Mary Way, VP Company Care 7620 Omnitech Place Suite 1 Victor, NY 14564 | Attn.: Mary Way, VP Company Care 7620 Omnitech Place, Suite 1 Victor, NY 14564 Phone: (585) 924-9640 Fax: (585) 924-9676 Email: mway@wasteharmonics.com | Trade Claim | | | | $576,372.59 |
| 28 Sherwood Food Distributors Attn: .: Mike Coggins, VP 12499 Evergreen Road Detroit, MI 48228-1059 | Attn.: Mike Coggins, VP 12499 Evergreen Road Detroit, MI 48228-1059 Phone: (313) 659-7300 Fax: (313) 659-7717 Email: mcoggins@sherwoodfoods.com | Trade Claim | | | | $562,319.15 |
| 29 CompuCom System Inc. Attn: Dan Stone, CEO 8106 Calvin Hall Road Fort Mill, SC 29707 | Attn.: Dan Stone, CEO 8106 Calvin Hall Road Fort Mill, SC 29707 Phone: (803) 228-7400 Fax: (972) 265-5395 Email: dan.stone@compucom.com | Trade Claim | | | | $542,3683.86 |
| 30 Hill Phoenix Attn: Robert Livingston, CEO 2016 Gees Mill Road Conyers, GA 30013 | Attn.: Robert Livingston, CEO 2016 Gees Mill Road Conyers, GA 30013 Phone: (770) 285-3100 Fax: (770) 285-3224 Email: Robert.livingston@hillphoenix.com | Trade Claim | | | | $523,067.71 |

**Fill in this information to identify the case:**

Debtor name: _Southeastern Grocers, LLC_

United States Bankruptcy Court for the: _____ District of _Delaware_
(State)

Case number (*If known*): _____

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING – Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐  Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐  Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐  Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐  Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐  Schedule H: Codebtors (Official Form 206H)
- ☐  Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐  Amended Schedule _____
- ☑  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _March 27, 2018_
MM /DD /YYYY

X  /s/ Brian P. Carney
Signature of individual signing on behalf of debtor

Brian P. Carney
Printed name

Chief Financial Officer and Executive Vice President
Position or relationship to debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------- x
*In re:*                                              :
                                                      :      **Chapter 11**
                                                      :
**SOUTHEASTERN GROCERS, LLC**         :      **Case No. 18– _____ (     )**
                                                      :
                    **Debtor.**                       :
                                                      :
---------------------------------------------------------- x

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT**
**PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007 AND 7007.1**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, attached hereto as **Exhibit A** is an organizational chart reflecting all of the ownership interests in Southeastern Grocers, LLC ("**SEG**") and its affiliated debtors (the "**Affiliated Debtors**"), as proposed debtors and debtors in possession (collectively, the "**Debtors**"). SEG, on behalf of itself and the Affiliated Debtors, respectfully represents as follows:

1. LSF Southeastern Grocery Holdings, LLC, a non-Debtor, owns one hundred percent (100%) of the membership interests of SEG.

2. SEG owns one hundred percent (100%) of the membership interests of BI-LO Holding Finance, LLC.

3. BI-LO Holding Finance, LLC owns one hundred (100%) of the equity interests or membership interests, as applicable, of:

    a. BI-LO Holding Finance, Inc.; and

    b. BI-LO Holding, LLC.

4. BI-LO Holding, LLC owns one hundred percent (100%) of the membership interests of BI-LO, LLC.

5. BI-LO, LLC owns one hundred percent (100%) of the equity interests or membership

interests, as applicable, of:

    a.   ARP Ballentine LLC;

    b.   ARP Chickamauga LLC;

    c.   ARP Hartsville LLC;

    d.   ARP James Island LLC;

    e.   ARP Moonville LLC;

    f.   ARP Morganton LLC;

    g.   ARP Winston Salem LLC;

    h.   BI-LO Finance Corp.;

    i.   Opal Holdings, LLC; and

    j.   Samson Merger Sub, LLC.

6.   Opal Holdings, LLC owns one hundred percent (100%) of the equity interests of Winn-Dixie Stores, Inc.

7.   Winn-Dixie Stores, Inc. owns hundred percent (100%) of the equity interests or membership interests, as applicable, of:

    a.   BI-LO Holdings Foundation, Inc.;[1]

    b.   Dixie Spirits, Inc.;

    c.   We Care Fund, Inc.;[2]

    d.   Winn-Dixie Logistics, LLC;

    e.   Winn-Dixie Montgomery, LLC;

    f.   Winn-Dixie Properties, LLC;

    g.   Winn-Dixie Raleigh, LLC;

---

[1] BI-LO Holdings Foundation, Inc. is not a Debtor in these chapter 11 cases.

[2] We Care Fund, Inc. is not a Debtor in these chapter 11 cases.

WEIL:\96472134\1\75197.0003

      h.   Winn-Dixie Stores Leasing, LLC; and

      i.   Winn-Dixie Supermarkets, Inc.

8.   Winn-Dixie Logistics, LLC owns one hundred percent (100%) of the membership interests of Winn-Dixie Warehouse Leasing, LLC.

9.   Winn-Dixie Montgomery, LLC owns one hundred percent (100%) of the membership interests of Winn-Dixie Montgomery Leasing, LLC.

10.  Winn-Dixie Properties, LLC owns one hundred percent (100%) of the membership interests of Dixie Spirits Florida, LLC.

11.  Winn-Dixie Raleigh, LLC owns one hundred percent (100%) of the membership interests of Winn-Dixie Raleigh Leasing, LLC.

WEIL:\96472134\1\75197.0003

**Exhibit A**

**Organizational Chart**



---

**Fill in this information to identify the case:**

Debtor name: <u>Southeastern Grocers, LLC</u>

United States Bankruptcy Court  for the: _____ District of <u>Delaware</u>
(State)

Case number (*If known*): _____

---

## Official Form 202

### Declaration Under Penalty of Perjury for Non-Individual Debtors            12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING – Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### █ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐  Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐  Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐  Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐  Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐  Schedule H: Codebtors (Official Form 206H)
- ☐  Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐  Amended Schedule _____
- ☐  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☑  Other document that requires a declaration **Corporate Ownership Statement** _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>March 27, 2018</u>
MM / DD /YYYY

X /s/ Brian P. Carney _____
Signature of individual signing on behalf of debtor

Brian P. Carney _____
Printed name

Chief Financial Officer and Executive Vice President _____
Position or relationship to debtor

---

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
----------------------------------------------------------- x
```
*In re:*                  :

                       :      **Chapter 11**

                       :

**SOUTHEASTERN GROCERS, LLC**    :      **Case No. 18– _____ (    )**

                       :

         **Debtor.**            :

                       :
```
----------------------------------------------------------- x
```

## LIST OF EQUITY HOLDERS[1]

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the following identifies all holders having a direct or indirect ownership interest, of the above- captioned debtor in possession (the "**Debtor**").

Check applicable box:

☐   There are no equity security holders or corporations that directly or indirectly own 10% or more of any class of the debtor's equity interest.

☒   The following are the debtor's equity security holders (list holders of each class, showing the number and kind of interests registered in the name of each holder, and the last known address or place of business of each holder):

| Name and Last Known Address or Place of Business of Holder | Kind/Class of Interest | Number of Interests Held |
|---|---|---|
| LSF Southeastern Grocery Holdings, LLC 2711 N. Haskell Avenue, Suite 1700 Dallas, Texas 75204 | Member Interest | 100% |

---

[1] This list serves as the required disclosure by the Debtor pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure.  All equity positions listed are as of the date of commencement of the chapter 11 case.

**Fill in this information to identify the case:**

Debtor name:  Southeastern Grocers, LLC

United States Bankruptcy Court  for the: _____  District of  Delaware
                                                          (State)

Case number (*If known*):  _____

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING – Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☑ Other document that requires a declaration **List of Equity Holders** _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  March 27, 2018        x   /s/ Brian P. Carney _____
             MM / DD /YYYY              Signature of individual signing on behalf of debtor

                                        Brian P. Carney _____
                                        Printed name

                                        Chief Financial Officer and Executive Vice President
                                        Position or relationship to debtor