**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------ x

| | | |
|---|---|---|
| *In re:* | : | |
| | : | **Chapter 11** |
| | : | |
| **SOUTHEASTERN GROCERS, LLC,** | : | **Case No. 18– _____ (    )** |
| | : | |
| Debtor. | : | |
| | : | |
| Fed. Tax Id. No. 27-1845190 | : | |

------------------------------------------------------------ x

| | | |
|---|---|---|
| *In re:* | : | |
| | : | **Chapter 11** |
| | : | |
| **ARP BALLENTINE LLC,** | : | **Case No. 18– _____ (    )** |
| | : | |
| Debtor. | : | |
| | : | |
| Fed. Tax Id. No. 75-3036936 | : | |

------------------------------------------------------------ x

| | | |
|---|---|---|
| *In re:* | : | |
| | : | **Chapter 11** |
| | : | |
| **ARP CHICKAMAUGA LLC,** | : | **Case No. 18– _____ (    )** |
| | : | |
| Debtor. | : | |
| | : | |
| Fed. Tax Id. No. 54-2009515 | : | |

------------------------------------------------------------ x

| | | |
|---|---|---|
| *In re:* | : | |
| | : | **Chapter 11** |
| | : | |
| **ARP HARTSVILLE LLC,** | : | **Case No. 18– _____ (    )** |
| | : | |
| Debtor. | : | |
| | : | |
| Fed. Tax Id. No. 52-2007906 | : | |

------------------------------------------------------------ x

------------------------------------------------------------ x

*In re:*   :

  :   **Chapter 11**

  :

**ARP JAMES ISLAND LLC,**   :   **Case No. 18– _____ (    )**

  :

**Debtor.**   :

  :

**Fed. Tax Id. No. 54-2049163**   :

------------------------------------------------------------ x

*In re:*   :

  :   **Chapter 11**

  :

**ARP MOONVILLE LLC,**   :   **Case No. 18– _____ (    )**

  :

**Debtor.**   :

  :

**Fed. Tax Id. No. 54-2020930**   :

------------------------------------------------------------ x

*In re:*   :

  :   **Chapter 11**

  :

**ARP MORGANTON LLC,**   :   **Case No. 18– _____ (    )**

  :

**Debtor.**   :

  :

**Fed. Tax Id. No. 54-2044010**   :

------------------------------------------------------------ x

*In re:*   :

  :   **Chapter 11**

  :

**ARP WINSTON SALEM LLC,**   :   **Case No. 18– _____ (    )**

  :

**Debtor.**   :

  :

**Fed. Tax Id. No. 54-2052540**   :

------------------------------------------------------------ x

*In re:*   :

  :   **Chapter 11**

  :

**BI-LO FINANCE CORP.,**   :   **Case No. 18– _____ (    )**

  :

**Debtor.**   :

  :

**Fed. Tax Id. No. 27-4740498**   :

------------------------------------------------------------ x

RLF1 19058505v.1

```
------------------------------------------------------ x
In re:                                      :
                                            :   Chapter 11
                                            :
BI-LO HOLDING FINANCE, INC.,                :   Case No. 18– _____ (    )
                                            :
            Debtor.                         :
                                            :
Fed. Tax Id. No. 37-1739227                 :
------------------------------------------------------ x
In re:                                      :
                                            :   Chapter 11
                                            :
BI-LO HOLDING FINANCE, LLC,                 :   Case No. 18– _____ (    )
                                            :
            Debtor.                         :
                                            :
Fed. Tax Id. No. 38-3911412                 :
------------------------------------------------------ x
In re:                                      :
                                            :   Chapter 11
                                            :
BI-LO HOLDING, LLC,                         :   Case No. 18– _____ (    )
                                            :
            Debtor.                         :
                                            :
Fed. Tax Id. No. 20-2765611                 :
------------------------------------------------------ x
In re:                                      :
                                            :   Chapter 11
                                            :
BI-LO, LLC,                                 :   Case No. 18– _____ (    )
                                            :
            Debtor.                         :
                                            :
Fed. Tax Id. No. 52-2260130                 :
------------------------------------------------------ x
In re:                                      :
                                            :   Chapter 11
                                            :
DIXIE SPIRITS FLORIDA, LLC,                 :   Case No. 18– _____ (    )
                                            :
            Debtor.                         :
                                            :
Fed. Tax Id. No. 20-8806727                 :
------------------------------------------------------ x
```

RLF1 19058505v.1

```
------------------------------------------------ x
In re:                                           :
                                                 :    Chapter 11
                                                 :
DIXIE SPIRITS, INC.,                             :    Case No. 18– _____ (     )
                                                 :
            Debtor.                              :
                                                 :
Fed. Tax Id. No. 77-0602359                      :
------------------------------------------------ x
In re:                                           :
                                                 :    Chapter 11
                                                 :
OPAL HOLDINGS, LLC,                              :    Case No. 18– _____ (     )
                                                 :
            Debtor.                              :
                                                 :
Fed. Tax Id. No. 38-3862667                      :
------------------------------------------------ x
In re:                                           :
                                                 :    Chapter 11
                                                 :
SAMSON MERGERS SUB, LLC,                         :    Case No. 18– _____ (     )
                                                 :
            Debtor.                              :
                                                 :
Fed. Tax Id. No. 46-2854402                      :
------------------------------------------------ x
In re:                                           :
                                                 :    Chapter 11
                                                 :
WINN-DIXIE LOGISTICS, LLC,                       :    Case No. 18– _____ (     )
                                                 :
            Debtor.                              :
                                                 :
Fed. Tax Id. No. 59-3652949                      :
------------------------------------------------ x
```

4

```
------------------------------------------------- x
In re:                                           :
                                                 :        Chapter 11
                                                 :
WINN-DIXIE MONTGOMERY LEASING,                   :        Case No. 18– _____ (      )
LLC,                                             :
                                                 :
            Debtor.                              :
                                                 :
Fed. Tax Id. No. 20-8456899                      :
------------------------------------------------- x
In re:                                           :
                                                 :        Chapter 11
                                                 :
WINN-DIXIE MONTGOMERY, LLC,                      :        Case No. 18– _____ (      )
                                                 :
            Debtor.                              :
                                                 :
Fed. Tax Id. No. 59-59-1212119                   :
------------------------------------------------- x
In re:                                           :
                                                 :        Chapter 11
                                                 :
WINN-DIXIE PROPERTIES, LLC,                      :        Case No. 18– _____ (      )
                                                 :
            Debtor.                              :
                                                 :
Fed. Tax Id. No. 20-8457105                      :
------------------------------------------------- x
In re:                                           :
                                                 :        Chapter 11
                                                 :
WINN-DIXIE RALEIGH LEASING, LLC,                 :        Case No. 18– _____ (      )
                                                 :
            Debtor.                              :
                                                 :
Fed. Tax Id. No. 20-8456812                      :
------------------------------------------------- x
```

```
------------------------------------------------ x
```
*In re:*                                          :
                                                  :          **Chapter 11**
                                                  :
**WINN-DIXIE RALEIGH, LLC,**                      :          **Case No. 18– _____ (       )**
                                                  :
       **Debtor.**                                  :
                                                  :
**Fed. Tax Id. No. 56-0670665**                   :
```
------------------------------------------------ x
```
*In re:*                                          :
                                                  :          **Chapter 11**
                                                  :
**WINN-DIXIE STORES, INC.,**                      :          **Case No. 18– _____ (       )**
                                                  :
       **Debtor.**                                  :
                                                  :
**Fed. Tax Id. No. 59-0514290**                   :
```
------------------------------------------------ x
```
*In re:*                                          :
                                                  :          **Chapter 11**
                                                  :
**WINN-DIXIE STORES LEASING, LLC,**               :          **Case No. 18– _____ (       )**
                                                  :
       **Debtor.**                                  :
                                                  :
**Fed. Tax Id. No. 20-8457019**                   :
```
------------------------------------------------ x
```
In re:                                            :
                                                  :          **Chapter 11**
                                                  :
**WINN-DIXIE SUPERMARKETS, INC.,**                :          **Case No. 18– _____ (       )**
                                                  :
       **Debtor.**                                  :
                                                  :
**Fed. Tax Id. No. 59-6078837**                   :
```
------------------------------------------------ x
```

```
----------------------------------------------------------- x
In re:                                          :
                                                :    Chapter 11
                                                :
WINN-DIXIE WAREHOUSE LEASING,                   :    Case No. 18– _____ (      )
LLC,                                            :
                                                :
            Debtor.                             :
                                                :
Fed. Tax Id. No. 20-8456709                     :
----------------------------------------------------------- x
```

## MOTION OF DEBTORS PURSUANT TO FED.
## R. BANKR. P. 1015(b) AND DEL. BANKR. L.R. 1015-1 FOR ENTRY OF
## ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES

Southeastern Grocers, LLC ("**SEG**") and its affiliated debtors in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), respectfully represent as follows in support of this motion (the "**Motion**"):

### Background

1.     On the date hereof (the "**Petition Date**"), the Debtors each commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").  The Debtors are authorized to continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee, examiner, or statutory committee of creditors has been appointed in these chapter 11 cases.

2.     On March 15, 2018, the Debtors executed a restructuring support agreement (the "**Restructuring Support Agreement**") with (a) holders of approximately eighty percent (80%) of the outstanding principal amount of the Debtors' 8.625%/9.375% Senior PIK Toggle Notes due 2018 (collectively, the "**Unsecured Notes**"), of which approximately 68% are held or controlled by the members of an ad hoc group (the "**Initial Consenting Noteholders**") and approximately 12% are held or controlled by LSF7 Bond Holdings Ltd. (together with the

Initial Consenting Noteholders, the "**Consenting Parties**"), and (b) the prepetition equity sponsors (the "**Sponsors**"), which own or control in excess of ninety-nine percent (99%) of the prepetition equity in SEG (which directly or indirectly owns or controls one hundred percent (100%) of the prepetition equity in the other Debtors).   Pursuant to the Restructuring Support Agreement, the Consenting Parties and the Sponsors agreed to vote in favor of and support confirmation of the *Joint Prepackaged Chapter 11 Plan of Reorganization of Southeastern Grocers, LLC and Its Affiliated Debtors* (the "**Prepackaged Plan**")[1] that, upon implementation, provides for the Debtors to emerge from these chapter 11 cases substantially de-levered with overall debt levels decreased by over $500 million.

3.      The Prepackaged Plan provides for a restructuring transaction pursuant to which:

- ▪ Each holder of an Allowed ABL Facility Claim will receive Cash in the full amount of its Allowed ABL Facility Claim from the proceeds of the Exit ABL Facility, and all existing commitments under the ABL Credit Agreement will be terminated.

- ▪ Each holder of an Allowed Secured Notes Claim will receive Cash in the full amount of its Allowed Secured Notes Claim from the proceeds of the Exit Term Loan Facility, and the Secured Notes will be cancelled.

- ▪ Each holder of an Allowed Unsecured Notes Claim will receive its pro rata share of one hundred percent (100%) of the New Common Stock issued pursuant to the Prepackaged Plan and outstanding immediately following the Effective Date, which will be subject to dilution only by (a) the New Common Stock issued (i) upon the exercise of the Warrant and (ii) pursuant to the Management Incentive Plan, and (b) other New Common Stock duly authorized and issued in accordance with the terms of Reorganized SEG's Amended Organizational Documents, and the Unsecured Notes will be cancelled.

- ▪ All Priority Non-Tax Claims, Other Secured Claims, General Unsecured Claims, Intercompany Claims, and Intercompany Interests are unimpaired by the Prepackaged Plan and will be satisfied in full in the ordinary course of business.

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Prepackaged Plan or the Carney Declaration (as defined below).

- SEG Parent will receive a 5% Warrant in full and final satisfaction, settlement, release, cancellation, and discharge of, and in exchange for, its Allowed Existing SEG Equity Interests.

4.      Prior to the Petition Date, on March 15, 2018, the Debtors commenced the solicitation of votes of impaired creditors and interest holders on the Prepackaged Plan through the *Disclosure Statement for Joint Prepackaged Chapter 11 Plan of Reorganization of Southeastern Grocers, LLC and Its Affiliated Debtors* (the "**Disclosure Statement**"), filed contemporaneously herewith.  The Prepackaged Plan has received overwhelming support.  Specifically, as of the Petition Date, the Debtors already have received acceptances of the Prepackaged Plan from holders of Claims in Class 5 (Unsecured Notes Claims) that in the aggregate hold or control approximately 68% in amount of all Unsecured Notes, and holders of more than 99% of all Interests in Class 8 (Existing SEG Equity Interests), the only Impaired Classes entitled to vote under the Prepackaged Plan.

5.      The solicitation period for the Prepackaged Plan will remain open until April 5, 2018.  The Debtors have requested a joint hearing for confirmation of the Prepackaged Plan and approval of the Disclosure Statement to be held within forty-five (45) days of the Petition Date.

6.      Additional information regarding the Debtors' business, capital structure, and the circumstances leading to the commencement of these chapter 11 cases is set forth in the *Declaration of Brian P. Carney in Support of the Debtors' Chapter 11 Petitions and First Day Relief* (the "**Carney Declaration**"), which has been filed with the Court contemporaneously herewith and is incorporated herein by reference, and the Disclosure Statement.

**<u>Jurisdiction</u>**

7.      The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United

States District Court for the District of Delaware, dated February 29, 2012.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

8.    Pursuant to Rule 9013–1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), the Debtors consent to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

<u>**Relief Requested**</u>

9.    By this Motion, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Local Rule 1015-1, the Debtors request entry of an order directing joint administration of these chapter 11 cases for procedural purposes only.  In addition, the Debtors respectfully request that the Court maintain one file and one docket for all of the jointly administered cases under the same number assigned to SEG, and that these chapter 11 cases be jointly administered under the following consolidated caption:

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

------------------------------------------------------------- x
*In re:*                                          :
                                                  :        **Chapter 11**
                                                  :
**SOUTHEASTERN GROCERS, LLC,** *et al.*           :        **Case No. 18– _____ (      )**
                                                  :
Debtors.[2]                                       :        **(Jointly Administered)**
                                                  :
------------------------------------------------------------- x

　　　　10.　　The Debtors further request the Court's direction that a notation substantially similar to the following language be entered on the docket in each of the above-captioned cases, other than Southeastern Grocers, LLC, reflect the joint administration of the Debtors' chapter 11 cases:

> An Order has been entered in accordance with rule 1015(b) of the Bankruptcy Rules directing the procedural consolidation and joint administration of the chapter 11 cases of Southeastern Grocers, LLC; ARP Ballentine LLC; ARP Chickamauga LLC; ARP Hartsville LLC; ARP James Island LLC; ARP Moonville LLC; ARP Morganton LLC; ARP Winston Salem LLC; BI-LO Finance Corp.; BI-LO Holding Finance, Inc.; BI-LO Holding Finance, LLC; BI-LO Holding, LLC; BI-LO, LLC; Dixie Spirits Florida, LLC; Dixie Spirits, Inc.; Opal Holdings, LLC; Samson Merger Sub, LLC; Winn-Dixie Logistics, LLC; Winn-Dixie Montgomery Leasing, LLC; Winn-Dixie Montgomery, LLC; Winn-Dixie Properties, LLC; Winn-Dixie Raleigh Leasing, LLC; Winn-Dixie Raleigh, LLC; Winn-Dixie Stores, Inc.; Winn-Dixie Stores Leasing, LLC; Winn-Dixie Supermarkets, Inc.; and Winn-Dixie

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Southeastern Grocers, LLC (5190); ARP Ballentine LLC (6936): ARP Chickamauga LLC (9515); ARP Hartsville LLC (7906); ARP James Island LLC (9163); ARP Moonville LLC (0930); ARP Morganton LLC (4010); ARP Winston Salem LLC (2540); BI-LO Finance Corp. (0498); BI-LO Holding Finance, Inc. (9227); BI-LO Holding Finance, LLC (1412); BI-LO Holding, LLC (5611); BI-LO, LLC (0130); Dixie Spirits Florida, LLC (6727); Dixie Spirits, Inc. (2359); Opal Holdings, LLC (2667); Samson Merger Sub, LLC (4402); Winn-Dixie Logistics, LLC (2949); Winn-Dixie Montgomery Leasing, LLC (6899); Winn-Dixie Montgomery, LLC (2119); Winn-Dixie Properties, LLC (7105); Winn-Dixie Raleigh Leasing, LLC (6812); Winn-Dixie Raleigh, LLC (0665); Winn-Dixie Stores, Inc. (4290); Winn-Dixie Stores Leasing, LLC (7019); Winn-Dixie Supermarkets, Inc. (8837); and Winn-Dixie Warehouse Leasing, LLC (6709).  The Debtors' mailing address is 8928 Prominence Parkway, #200, Jacksonville, Florida 32256.

Warehouse Leasing, LLC.  The docket in Southeastern Grocers, LLC, Case No. 18-[_____] (___) should be consulted for all matters affecting the case.

11.     The Debtors reserve all rights to file a subsequent motion seeking authority to jointly administer their cases with additional cases if the circumstances warrant doing so.

12.     A proposed form of order granting the relief requested herein is annexed hereto as **Exhibit A** (the "**Proposed Order**").

### **Relief Requested Should be Granted**

13.     On the date hereof, the Debtors commenced the above-captioned chapter 11 cases by filing the appropriate petitions with this Court.  As set forth in the Carney Declaration, there are twenty-seven (27) Debtors, with over 50,000 creditors and other parties in interest in these chapter 11 cases.  Joint administration will allow for the efficient and convenient administration of the Debtors' interrelated chapter 11 cases, will yield significant cost savings, and will not prejudice the substantive rights of any party in interest.

14.     Bankruptcy Rule 1015(b) provides, in relevant part, that if "two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates."  Fed. R. Bankr. P. 1015(b).  As set forth in the Carney Declaration, the Debtors in these chapter 11 cases are "affiliates" as that term is defined in section 101(2) of the Bankruptcy Code.  Accordingly, this Court is authorized to grant the relief requested herein.

15.     In addition, Local Rule 1015-1 provides, in relevant part, as follows:

> An order of joint administration may be entered, without notice and an opportunity for hearing, upon the filing of a motion for joint administration . . . supported by an affidavit, declaration or verification, which establishes that the joint administration of two or more cases pending in

> this Court under title 11 is warranted and will ease the
> administrative burden for the Court and the parties.

Del. Bankr. L.R. 1015-1.

16.     As set forth in the Carney Declaration, the Debtors operate as an integrated national business with common ownership and control.  The Debtors also share a number of financial and operational systems.  As a result, many of the motions, hearings, and orders that will arise in these cases will affect each and every Debtor.  Joint administration of these chapter 11 cases therefore will reduce fees and costs by avoiding duplicative filings, objections, notices, and hearings.  Joint administration will also allow the United States Trustee for the District of Delaware and all other parties in interest to monitor these chapter 11 cases with greater ease and efficiency.

17.     Moreover, joint administration will not adversely affect the Debtors' respective constituencies because this Motion only requests administrative—and not substantive—consolidation of the Debtors' estates.  For example, any creditor may still file a claim against a particular Debtor or its estate (or against multiple Debtors and their respective estates) and intercompany claims among the Debtors will not be affected.

## Notice

18.     Notice of this Motion will be provided to (a) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19899 (Attn:  Benjamin Hackman); (b) the holders of the thirty (30) largest unsecured claims against the Debtors on a consolidated basis; (c) counsel to the Initial Consenting Noteholders, (i) Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019 (Attn: Dennis L. Jenkins, Esq. and Brett H. Miller, Esq.) and (ii) Drinker Biddle & Reath LLP, 222 Delaware Avenue, Wilmington, DE 19801 (Attn: Steven K. Kortanek, Esq., Robert K.

Malone, Esq., and Joseph N. Argentina, Jr., Esq.), (d) counsel to the Sponsors, King & Spalding LLP, 1180 Peachtree Street NE, Atlanta, GA 30309 (Attn: W. Austin Jowers, Esq. and Paul K. Ferdinands, Esq.); (e) counsel to the ABL Facility Agent and Deutsche Bank Securities Inc. in its capacity as Lead Arranger under the Exit Term Loan Facility, White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020 (Attn: Andrew C. Ambruoso, Esq., David Bilkis, Esq. and Elizabeth Feld, Esq.); (f) counsel to the Exit ABL Facility Agent and the Exit Term Loan Facility Agent, White & Case LLP, Southeast Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, FL 33131 (Attn: Eric Klar, Esq.); (g) counsel to the Secured Notes Trustee, Pryor Cashman LLP, 7 Times Square, New York, NY 10036 (Attn: Seth H. Lieberman, Esq. and Patrick Sibley, Esq.); (h) counsel to the Unsecured Notes Trustee, Kelley Drye & Warren LLP, 101 Park Avenue, New York, NY 10178 (Attn: James S. Carr, Esq., Benjamin D. Feder, Esq. and Pamela Bruzzese-Szczygiel, Esq.); (i) counsel to Wells Fargo Bank, National Association, in its capacity as Treasury Bank, Choate Hall & Stewart LLP, Two International Place, Boston, MA 02110 (Attn: Kevin J. Simard, Esq.); (j) the Securities and Exchange Commission; (k) the Internal Revenue Service; (l) the United States Attorney's Office for the District of Delaware; and (m) any other party entitled to notice pursuant to Local Rule 9013-1(m) (the "**Notice Parties**").

19.     The Debtors respectfully submit that no further notice is required. No previous request for the relief sought herein has been made by the Debtors to this or any other court.

WHEREFORE the Debtors respectfully request entry of the Proposed Order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated: March 27, 2018
      Wilmington, Delaware

*/s/ Daniel J. DeFranceschi*
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi (No. 2732)
Paul N. Heath (No. 3704)
Amanda R. Steele (No. 5530)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C.
Matthew S. Barr
Sunny Singh
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

*Proposed Attorneys for Debtors*
*and Debtors in Possession*

**Exhibit A**

**Proposed Order**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

```
------------------------------------------------------ x
```
*In re:*                                          :
                                                  :       **Chapter 11**
                                                  :
**SOUTHEASTERN GROCERS, LLC,**                    :       **Case No. 18– _____ (     )**
                                                  :
                 Debtor.                          :
                                                  :
Fed. Tax Id. No. 27-1845190                       :
```
------------------------------------------------------ x
```
*In re:*                                          :
                                                  :       **Chapter 11**
                                                  :
**ARP BALLENTINE LLC,**                           :       **Case No. 18– _____ (     )**
                                                  :
                 Debtor.                          :
                                                  :
Fed. Tax Id. No. 75-3036936                       :
```
------------------------------------------------------ x
```
*In re:*                                          :
                                                  :       **Chapter 11**
                                                  :
**ARP CHICKAMAUGA LLC,**                          :       **Case No. 18– _____ (     )**
                                                  :
                 Debtor.                          :
                                                  :
Fed. Tax Id. No. 54-2009515                       :
```
------------------------------------------------------ x
```
*In re:*                                          :
                                                  :       **Chapter 11**
                                                  :
**ARP HARTSVILLE LLC,**                           :       **Case No. 18– _____ (     )**
                                                  :
                 Debtor.                          :
                                                  :
Fed. Tax Id. No. 52-2007906                       :
```
------------------------------------------------------ x
```

```
------------------------------------------------ x
```
*In re:*                                      :
                                              :        **Chapter 11**
                                              :
**ARP JAMES ISLAND LLC,**                     :        **Case No. 18– _____ (      )**
                                              :
        **Debtor.**        :
                                              :
**Fed. Tax Id. No. 54-2049163**               :
```
------------------------------------------------ x
```
*In re:*                                      :
                                              :        **Chapter 11**
                                              :
**ARP MOONVILLE LLC,**                        :        **Case No. 18– _____ (      )**
                                              :
        **Debtor.**        :
                                              :
**Fed. Tax Id. No. 54-2020930**               :
```
------------------------------------------------ x
```
*In re:*                                      :
                                              :        **Chapter 11**
                                              :
**ARP MORGANTON LLC,**                        :        **Case No. 18– _____ (      )**
                                              :
        **Debtor.**        :
                                              :
**Fed. Tax Id. No. 54-2044010**               :
```
------------------------------------------------ x
```
*In re:*                                      :
                                              :        **Chapter 11**
                                              :
**ARP WINSTON SALEM LLC,**                    :        **Case No. 18– _____ (      )**
                                              :
        **Debtor.**        :
                                              :
**Fed. Tax Id. No. 54-2052540**               :
```
------------------------------------------------ x
```
*In re:*                                      :
                                              :        **Chapter 11**
                                              :
**BI-LO FINANCE CORP.,**                      :        **Case No. 18– _____ (      )**
                                              :
        **Debtor.**        :
                                              :
**Fed. Tax Id. No. 27-4740498**               :
```
------------------------------------------------ x
```

2

```
------------------------------------------------------------ x
In re:                                          :
                                                :    Chapter 11
                                                :
BI-LO HOLDING FINANCE, INC.,                    :    Case No. 18– _____ (      )
                                                :
          Debtor.                               :
                                                :
Fed. Tax Id. No. 37-1739227                     :
------------------------------------------------------------ x
In re:                                          :
                                                :    Chapter 11
                                                :
BI-LO HOLDING FINANCE, LLC,                     :    Case No. 18– _____ (      )
                                                :
          Debtor.                               :
                                                :
Fed. Tax Id. No. 38-3911412                     :
------------------------------------------------------------ x
In re:                                          :
                                                :    Chapter 11
                                                :
BI-LO HOLDING, LLC,                             :    Case No. 18– _____ (      )
                                                :
          Debtor.                               :
                                                :
Fed. Tax Id. No. 20-2765611                     :
------------------------------------------------------------ x
In re:                                          :
                                                :    Chapter 11
                                                :
BI-LO, LLC,                                     :    Case No. 18– _____ (      )
                                                :
          Debtor.                               :
                                                :
Fed. Tax Id. No. 52-2260130                     :
------------------------------------------------------------ x
In re:                                          :
                                                :    Chapter 11
                                                :
DIXIE SPIRITS FLORIDA, LLC,                     :    Case No. 18– _____ (      )
                                                :
          Debtor.                               :
                                                :
Fed. Tax Id. No. 20-8806727                     :
------------------------------------------------------------ x
```

3

```
-------------------------------------------------- x
```
*In re:*                                          :
                                                  :        **Chapter 11**
                                                  :
**DIXIE SPIRITS, INC.,**                          :        **Case No. 18– _____ (     )**
                                                  :
            **Debtor.**                           :
                                                  :
**Fed. Tax Id. No. 77-0602359**                   :
```
-------------------------------------------------- x
```
*In re:*                                          :
                                                  :        **Chapter 11**
                                                  :
**OPAL HOLDINGS, LLC,**                           :        **Case No. 18– _____ (     )**
                                                  :
            **Debtor.**                           :
                                                  :
**Fed. Tax Id. No. 38-3862667**                   :
```
-------------------------------------------------- x
```
*In re:*                                          :
                                                  :        **Chapter 11**
                                                  :
**SAMSON MERGERS SUB, LLC,**                      :        **Case No. 18– _____ (     )**
                                                  :
            **Debtor.**                           :
                                                  :
**Fed. Tax Id. No. 46-2854402**                   :
```
-------------------------------------------------- x
```
*In re:*                                          :
                                                  :        **Chapter 11**
                                                  :
**WINN-DIXIE LOGISTICS, LLC,**                    :        **Case No. 18– _____ (     )**
                                                  :
            **Debtor.**                           :
                                                  :
**Fed. Tax Id. No. 59-3652949**                   :
```
-------------------------------------------------- x
```

RLF1 19058505v.1

```
------------------------------------------------- x
```
*In re:*                                          **:**
                                                  **:**        **Chapter 11**
                                                  **:**
**WINN-DIXIE MONTGOMERY LEASING,**               **:**        **Case No. 18– _____ (      )**
**LLC,**                                          **:**
                                                  **:**
      **Debtor.**    **:**
                                                  **:**
**Fed. Tax Id. No. 20-8456899**                   **:**
```
------------------------------------------------- x
```
*In re:*                                          **:**
                                                  **:**        **Chapter 11**
                                                  **:**
**WINN-DIXIE MONTGOMERY, LLC,**                   **:**        **Case No. 18– _____ (      )**
                                                  **:**
      **Debtor.**    **:**
                                                  **:**
**Fed. Tax Id. No. 59-59-1212119**                **:**
```
------------------------------------------------- x
```
*In re:*                                          **:**
                                                  **:**        **Chapter 11**
                                                  **:**
**WINN-DIXIE PROPERTIES, LLC,**                   **:**        **Case No. 18– _____ (      )**
                                                  **:**
      **Debtor.**    **:**
                                                  **:**
**Fed. Tax Id. No. 20-8457105**                   **:**
```
------------------------------------------------- x
```
*In re:*                                          **:**
                                                  **:**        **Chapter 11**
                                                  **:**
**WINN-DIXIE RALEIGH LEASING, LLC,**             **:**        **Case No. 18– _____ (      )**
                                                  **:**
      **Debtor.**    **:**
                                                  **:**
**Fed. Tax Id. No. 20-8456812**                   **:**
```
------------------------------------------------- x
```

5

```
----------------------------------------------------- x
In re:                                       :
                                             :        Chapter 11
                                             :
WINN-DIXIE RALEIGH, LLC,                      :        Case No. 18– _____ (      )
                                             :
        Debtor.                              :
                                             :
Fed. Tax Id. No. 56-0670665                   :
----------------------------------------------------- x
In re:                                       :
                                             :        Chapter 11
                                             :
WINN-DIXIE STORES, INC.,                      :        Case No. 18– _____ (      )
                                             :
        Debtor.                              :
                                             :
Fed. Tax Id. No. 59-0514290                   :
----------------------------------------------------- x
In re:                                       :
                                             :        Chapter 11
                                             :
WINN-DIXIE STORES LEASING, LLC,               :        Case No. 18– _____ (      )
                                             :
        Debtor.                              :
                                             :
Fed. Tax Id. No. 20-8457019                   :
----------------------------------------------------- x
In re:                                       :
                                             :        Chapter 11
                                             :
WINN-DIXIE SUPERMARKETS, INC.,                :        Case No. 18– _____ (      )
                                             :
        Debtor.                              :
                                             :
Fed. Tax Id. No. 59-6078837                   :
----------------------------------------------------- x
```

RLF1 19058505v.1

```
-------------------------------------------------------- x
```
*In re:*                                                :
                                                        :        **Chapter 11**
                                                        :
**WINN-DIXIE WAREHOUSE LEASING,**                       :        **Case No. 18– _____ (      )**
**LLC,**                                                :
                                                        :
      **Debtor.**          :
                                                        :
**Fed. Tax Id. No. 20-8456709**                         :
```
-------------------------------------------------------- x
```

## ORDER PURSUANT TO FED. R. BANKR. P. 1015(b) AND DEL. BANKR. L.R. 1015-1 DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES

Upon the motion (the "**Motion**")[1] of Southeastern Grocers, LLC and its affiliated debtors in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, for entry of an order directing the joint administration of the Debtors' related chapter 11 cases for procedural purposes only, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Motion.

provided; and the Court having reviewed the Motion; and the Court having held a hearing to consider the relief requested in the Motion (the "**Hearing**"); and upon the Carney Declaration, filed contemporaneously with the Motion, and the record of the Hearing; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

### IT IS HEREBY ORDERED THAT

1.      The Motion is granted to the extent set forth herein.

2.      The Debtors' chapter 11 cases are hereby consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 18-(_____).

3.      Nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the Debtors' chapter 11 cases.

4.      The caption of the jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
------------------------------------------------------------ x
In re:                                        :
                                              :          Chapter 11
                                              :
SOUTHEASTERN GROCERS, LLC, et al.             :          Case No. 18– _____ (      )
                                              :
                  Debtors.²                   :          (Jointly Administered)
                                              :
------------------------------------------------------------ x
```

       5.      A docket entry shall be made in the chapter 11 case of each of the Debtors

(except the chapter 11 case of Southeastern Grocers, LLC) as follows:

> An Order has been entered in accordance with rule 1015(b) of the
> Bankruptcy Rules directing the procedural consolidation and joint
> administration of the chapter 11 cases of Southeastern Grocers,
> LLC; ARP Ballentine LLC; ARP Chickamauga LLC; ARP
> Hartsville LLC; ARP James Island LLC; ARP Moonville LLC;
> ARP Morganton LLC; ARP Winston Salem LLC; BI-LO Finance
> Corp.; BI-LO Holding Finance, Inc.; BI-LO Holding Finance,
> LLC; BI-LO Holding, LLC; BI-LO, LLC; Dixie Spirits Florida,
> LLC; Dixie Spirits, Inc.; Opal Holdings, LLC; Samson Merger
> Sub, LLC; Winn-Dixie Logistics, LLC; Winn-Dixie Montgomery
> Leasing, LLC; Winn-Dixie Montgomery, LLC; Winn-Dixie
> Properties, LLC; Winn-Dixie Raleigh Leasing, LLC; Winn-Dixie
> Raleigh, LLC; Winn-Dixie Stores, Inc.; Winn-Dixie Stores
> Leasing, LLC; Winn-Dixie Supermarkets, Inc.; and Winn-Dixie
> Warehouse Leasing, LLC. The docket in Southeastern Grocers,
> LLC, Case No. 18-[_____] (___) should be consulted for all
> matters affecting the case.

---

² The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Southeastern Grocers, LLC (5190); ARP Ballentine LLC (6936); ARP Chickamauga LLC (9515); ARP Hartsville LLC (7906); ARP James Island LLC (9163); ARP Moonville LLC (0930); ARP Morganton LLC (4010); ARP Winston Salem LLC (2540); BI-LO Finance Corp. (0498); BI-LO Holding Finance, Inc. (9227); BI-LO Holding Finance, LLC (1412); BI-LO Holding, LLC (5611); BI-LO, LLC (0130); Dixie Spirits Florida, LLC (6727); Dixie Spirits, Inc. (2359); Opal Holdings, LLC (2667); Samson Merger Sub, LLC (4402); Winn-Dixie Logistics, LLC (2949); Winn-Dixie Montgomery Leasing, LLC (6899); Winn-Dixie Montgomery, LLC (2119); Winn-Dixie Properties, LLC (7105); Winn-Dixie Raleigh Leasing, LLC (6812); Winn-Dixie Raleigh, LLC (0665); Winn-Dixie Stores, Inc. (4290); Winn-Dixie Stores Leasing, LLC (7019); Winn-Dixie Supermarkets, Inc. (8837); and Winn-Dixie Warehouse Leasing, LLC (6709). The Debtors' mailing address is 8928 Prominence Parkway, #200, Jacksonville, Florida 32256.

6.      Notwithstanding any provision in the Bankruptcy Rules to the contrary, this Order shall be immediately effective and enforceable upon its entry.

7.      The Debtors shall serve this Order within two (2) business days of its entry on the Notice Parties.

8.      The Debtors are authorized to take all action necessary to implement the relief granted in this Order.

9.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: _____, 2018
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　THE HONORABLE_____
　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE