UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :
                                                             :  Chapter 11
                                                             :
SOUTHEASTERN GROCERS, LLC, *et al.*                          :  Case No. 18–10700 (MFW)
                                                             :
Debtors.¹                                                    :  (Jointly Administered)
                                                             :
                                                             :  Re: Docket Nos. 162 & 202
------------------------------------------------------------ x

CERTIFICATION OF COUNSEL REGARDING
ORDER (I) APPROVING THE PURCHASE
AND SALE AGREEMENT AMONG SELLERS AND
BUYERS; (II) AUTHORIZING THE SALE OF CERTAIN
OF THE DEBTORS' ASSETS FREE AND CLEAR OF LIENS,
CLAIMS, INTERESTS AND ENCUMBRANCES; (III) AUTHORIZING
THE ASSUMPTION AND ASSIGNMENT OF CERTAIN LEASES IN
CONNECTION THEREWITH; AND (IV) GRANTING RELATED RELIEF

The undersigned hereby certifies as follows:

1. On April 2, 2018, the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") entered the *Order Approving Discrete Lease Sale Procedures* [D.I. 162] (the "**Discrete Procedures Order**")², whereby the Bankruptcy Court authorized the Debtors to, among other things, sell certain underperforming stores and assign associated leases free and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Southeastern Grocers, LLC (5190); ARP Ballentine LLC (6936); ARP Chickamauga LLC (9515); ARP Hartsville LLC (7906); ARP James Island LLC (9163); ARP Moonville LLC (0930); ARP Morganton LLC (4010); ARP Winston Salem LLC (2540); BI-LO Finance Corp. (0498); BI-LO Holding Finance, Inc. (9227); BI-LO Holding Finance, LLC (1412); BI-LO Holding, LLC (5611); BI-LO, LLC (0130); Dixie Spirits Florida, LLC (6727); Dixie Spirits, Inc. (2359); Opal Holdings, LLC (2667); Samson Merger Sub, LLC (4402); Winn-Dixie Logistics, LLC (2949); Winn-Dixie Montgomery Leasing, LLC (6899); Winn-Dixie Montgomery, LLC (2119); Winn-Dixie Properties, LLC (7105); Winn-Dixie Raleigh Leasing, LLC (6812); Winn-Dixie Raleigh, LLC (0665); Winn-Dixie Stores, Inc. (4290); Winn-Dixie Stores Leasing, LLC (7019); Winn-Dixie Supermarkets, Inc. (8837); and Winn-Dixie Warehouse Leasing, LLC (6709). The Debtors' mailing address is 8928 Prominence Parkway, #200, Jacksonville, Florida 32256.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Discrete Procedures Order or the Sale Notice (as defined herein), as applicable.

clear of all liens, claims, encumbrances and interests. Pursuant to the Discrete Procedures Order, any objection to a proposed Lease Sale Transaction was to be filed with the Bankruptcy Court and served on the Debtor Notice Parties so as to be actually received no later than fourteen (14) days after the date the Debtors served a notice of such proposed Lease Sale Transaction on the Sale Notice Parties (the "**Objection Deadline**").

2. On April 6, 2018, the Debtors, in accordance with the Discrete Procedures Order, served the Sale Notice Parties with the *Notice of Sale* [D.I. 202] (the "**Sale Notice**"), providing notice of the Debtors' intent to enter into a Lease Sale Transaction with (a) Valdosta Fresh for Less, Inc., (b) Reynolds IGA Foodliner, Inc., (c) Eagle Foods, Inc., (c) Manning, Inc., (d) Fresh Foods Outlet, LLC, and (e) Buy-Lo Quality Food Stores, Inc., pursuant to that certain Lease Sale Agreement, dated as of March 23, 2018 (the "**Lease Sale Agreement**"). Attached as Exhibit B to the Sale Notice was a proposed form of order (the "**Proposed Sale Order**") approving the Lease Sale Agreement and the transactions contemplated therein (the "**Lease Sale Transaction**"). Pursuant to the Discrete Procedures Order, the Objection Deadline with respect to the Lease Sale Transaction was April 20, 2018.

3. The Debtors received certain informal comments to the Proposed Sale Order from the United States Department of Justice (the "**DOJ**"). In addition, after filing the Sale Notice, the Debtors received additional expressions of interest and higher bids for Store No.'s 1345 and 548 (the "**Stores**") than what was offered by Manning, Inc. ("**Manning**") and reflected in Addenda B and F, respectively, to the Lease Sale Agreement. To ensure that the Debtors received the highest and best offer for each of the Stores, the Debtors solicited "best and final" offers from interested bidders, including Manning. As a result of the bidding process, the Debtors determined not to proceed with the sale of the Stores to Manning and chose two separate third-party purchasers as

set forth in (i) the *Notice of Sale* filed on April 20, 2018, with respect to Store No. 586 [D.I. 304] (the "**586 Sale Notice**"), and (ii) the *Notice of Sale* filed on April 20, 2018 with respect to Store No. 1345 [D.I. 309] (the "**1345 Sale Notice**"). Prior to filing either the 586 Sale Notice or the 1345 Sale Notice, the Debtors informed Manning and all other parties involved in bidding on the Stores of the results. The Debtors received no other objection or response to the Sale Notice.

4. The Debtors have resolved the comments from the DOJ and incorporated the results of the informal bidding process, in each case, by modifying the Proposed Sale Order, the form of which is attached hereto as **Exhibit 1** (the "**Revised Sale Order**"). In addition, the Debtors removed Addenda B and F from the Lease Sale Agreement that is attached as Exhibit A to the Revised Sale Order as they are no longer seeking approval of the transactions contemplated therein. The Revised Sale Order has been circulated, and is acceptable to the DOJ. For the convenience of the Bankruptcy Court and all parties in interest, a blackline of the Revised Sale Order marked against the Proposed Sale Order is attached hereto as **Exhibit 2**.

[*Remainder of Page Intentionally Left Blank*]

WHEREFORE, the Debtors respectfully request that the Bankruptcy Court enter the Revised Sale Order attached hereto as **Exhibit 1** at its earliest convenience.

Dated: April 24, 2018
      Wilmington, Delaware

*/s/ Amanda R. Steele*
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi (No. 2732)
Paul N. Heath (No. 3704)
Amanda R. Steele (No. 5530)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C.
Matthew S. Barr
Sunny Singh
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

*Attorneys for Debtors*
*and Debtors in Possession*